UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY LLOYD,

           Plaintiff,

   v.

SHAWN BUZELL, ROCHA PASCUAL, KEITH A HALL,

           Defendants.

CASE NO. 3:18-CV-06038-RBL-DWC

REPORT AND RECOMMENDATION

Noting Date: September 6, 2019

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. In the Complaint, Plaintiff alleges Defendants violated his Eighth and Fourteenth Amendment rights. Dkt. 6. On March 13, 2019, Defendants filed a Motion to Dismiss. Dkt. 19. Plaintiff filed a Notice of Change of Address on March 20, 2019. Dkt. 23. The Motion to Dismiss was re-served on Plaintiff at his new address and Plaintiff was given an extension of time, until May 28, 2019, to respond to the Motion. Dkt. 25, 27-29. Plaintiff did not file a response to the Motion to Dismiss and had not taken any action in this case since March 20, 2019. As such, on June 27, 2019, the Court directed Plaintiff to: (1) provide a status update informing the Court whether he wishes to proceed with this action and (2) file a

1 | response to the Motion to Dismiss. Dkt. 32. The Court warned Plaintiff that if he failed "to
2 | respond to th[e] Order on or before July 26, 2019, the Court w[ould] recommend dismissal of
3 | this action." *Id*. at p. 2.

4 | Plaintiff has failed to comply with the Court's June 27, 2019 Order. He has not filed a
5 | response to the Order or filed a response to the Motion to Dismiss. Further, Plaintiff has not
6 | taken any action in this case since March 20, 2019. Therefore, the Court recommends this case
7 | be dismissed without prejudice. The Court also recommends the Motion to Dismiss (Dkt. 19) be
8 | denied as moot.

9 | Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
10 | Procedure, the parties shall have fourteen (14) days from service of this Report to file written
11 | objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
12 | objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
13 | limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on
14 | September 6, 2019, as noted in the caption.

15 | Dated this 20th day of August, 2019.

*[signature]*

David W. Christel
United States Magistrate Judge