UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY LLOYD,

                              Plaintiff,

        v.

SHAWN BUZELL, ROCHA PASCUAL,
KEITH A HALL,

                              Defendants.

No. 3:18-CV-06038-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 34], and the underlying record.

(1)    The Report and Recommendation is **ADOPTED**.

(2)    This case is dismissed without prejudice and Defendants' Motion to Dismiss [Dkt. # 19] is denied as moot.

(3)    As Lloyd has not prosecuted this case, an appeal would not be taken in good faith. Therefore, Lloyd's IFP status is **REVOKED**.

The Clerk shall send copies of this Order to Lloyd's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 6th day of September, 2019.

_____
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1